**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **AUTO WORLD AUTOMOTIVE SUPERSTORES, INC** | : | **CIVIL ACTION NO.** |
| *Plaintiff* | : | **3:19-CV-01345 (RNC)** |
| | : | |
| **VS.** | : | |
| | : | |
| **SALVATORE LIUZZO SCORPO, ET AL.** | : | |
| *Defendants* | : | **SEPTEMBER 26, 2019** |

**NOTICE OF APPEARANCE**

**To: Clerk of Court**
**U.S. District Court**
**450 Main Street**
**Hartford, CT 06103**

Please enter the appearance of the undersigned, **Jeremy Donnelly**,

for Defendants Cars on Main, LLC and Fatos Statovci in the above-captioned action.

Dated at Hartford, Connecticut this 26th day of September, 2019.

RESPECTFULLY SUBMITTED,

   /s/ Jeremy S. Donnelly_____
Jeremy S. Donnelly
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT  06106
Tel. No. (860) 236-6951
Bar. No.:  ct27000
Email: jdonnelly@bnglaw.com

## **CERTIFICATION**

      I hereby certify that on September 29, 2017, a copy of the foregoing was filed electronically and sent by first class mail, postage prepaid, to anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                              /s/     Jeremy S. Donnelly
                                     Jeremy S. Donnelly
                                     Federal Bar No. ct 27000