UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Auto World Automotive Superstores, Inc., <br>     *Plaintiff*, <br><br>   v. <br> Aftermath Stripes, LLC, Cars On Main LLC, Lidia Delmonaco, Chris Derrick, Antonia Lentini, Jeff Murphy, Salvatore Liuzzo Scorpo, Albert Sejdiu, Fatos Statovci, VEB Auto Sales LLC <br>     *Defendant*. | No. 3:19cv1345 (SDV) |

## DEFAULT JUDGMENT

This case came for consideration on a motion for default entry pursuant to 55a before the Honorable Robert N. Chatigny, Senior United States District Judge and a hearing on damages before S. Dave Vatti, United States Magistrate Judge.  On April 10, 2022, defendants, Amel Duric and Locust Motors LLC stipulated to dismissal and on September 15, 2022 defendants Cars on Main LLC and Fatos Statovci stipulated to dismissal. On March 27, 2023, a motion for dismissal as to defendants Derrick and Aftermath Stripes LLC was granted and the parties were dismissed with prejudice. After a hearing on damages was held on August 30, 2023, the Court entered a ruling on October 17, 2023, for judgment for the plaintiff, Auto Word Automotive Superstores, Inc., against the defendant Scorpo, in the amount of $858,195.00 in compensatory damages and $27,545.00 in punitive damages for a total of $885,740.00, and permitted the plaintiff to make a motion for costs under Rule 54(d) within 4 days from the entry of judgment. The plaintiff subsequently voluntarily dismissed all claims against defendant Lentini.   Therefore, it is hereby;

EOD:10/19/2023

ORDERED, ADJUDGED, and DECREED that default judgment enter against the defendant, Salvatore Liuzzo Scorpo, in the amount of $885,740.00, and the case is closed.

Dated at Bridgeport, Connecticut this 19th day of October 2023.

DINAH MILTON KINNEY, Clerk

By: /s/ Joanne Pesta
Deputy Clerk