UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Auto World Automotive Superstores, Inc., *Plaintiff*,<br><br>      v.<br><br>Salvatore Liuzzo Scorpo f/k/a Salvatore Kroemer, Aftermath Stripes, LLC, Cars On Main LLC, Lidia Delmonaco, Chris Derrick, Amy Marques, Antonia Lentini a/k/a Ann Lentini, Jeff Murphy d/b/a Custom Stripe, Albert Sejdiu, Stephen James Katuzney, Jr., Fatos Statovci, VEB Auto Sales LLC<br>      *Defendant*. | No. 3:19cv1345 (SDV) |

## AMENDED DEFAULT JUDGMENT

This case came for consideration on a motion for default judgment pursuant to Rule 55(b) before the Honorable Robert N. Chatigny, Senior United States District Judge. On August 30, 2020, the Court granted default judgment as to liability against defendants Salvatore Liuzzo Scorpo; Antonia Lentini; Aftermath Stripes, LLC; and Chris Derrick.

Separately, by stipulation of the parties, the Court ordered dismissal without prejudice of Amy Marques (November 14, 2019) and Stephen James Katuzney, Jr. (December 23, 2019). Also, by stipulation of the parties, the Court ordered dismissal with prejudice of Locust Motors LLC and Amel Duric (April 11, 2022); Jeff Murphy d/b/a Custom Stripe (June 28, 2022); VEB Auto Sales LLC and Albert Sejdiu (September 1, 2022); Cars On Main LLC and Fatos Statovci (September 15, 2022); and Lidia Delmonaco (January 30, 2023).

On September 29, 2022, the parties consented to the jurisdiction of the Honorable S. Dave Vatti, United States Magistrate Judge. On March 27, 2023, the Court ordered dismissal of defaulted defendants Derrick and Aftermath Stripes LLC by plaintiff's stipulation. The Court held a hearing in damages on August 30, 2023. The Court entered a ruling on

EOD: 10/20/23

October 17, 2023 dismissing the claim against defendant Lentini and granting default judgment for the plaintiff, Auto World Automotive Superstores, Inc., against the defendant Scorpo, in the amount of $858,195.00 in compensatory damages and $27,545.00 in punitive damages for a total of $885,740.00, and permitted the plaintiff to make a motion for costs under Rule 54(d) within 14 days from the entry of judgment. Therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED that default judgment enter against the defendant, Salvatore Liuzzo Scorpo, in the amount of $885,740.00, and the case is closed.

Dated at Bridgeport, Connecticut this 20th day of October 2023.

DINAH MILTON KINNEY, Clerk

By: /s/ Joanne Pesta
Deputy Clerk