UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AUTO WORLD AUTOMOTIVE SUPERSTORES, INC.

    v.

CASE NO. 3:19cv1345(MPS)

SALVATORE LIUZZO SCORPO
*fka Salvatore Kroemer*
ANTONIA LENTINI
*aka Ann Lentini*

## DEFAULT JUDGMENT

This action having commenced by a complaint and having been referred to the Honorable S. Dave Vatti, United States Magistrate Judge, to conduct a hearing on damages, and

On October 26, 2023, the Honorable S. Dave Vatti having considered the full record of the case including applicable principles of law filed its Recommended Ruling granting in part and denying in part plaintiff's request for an award of damages against defaulted defendants Lentini and Scorpo, and the Honorable Michael P. Shea having accepted and adopted the ruling in full on November 15, 2023.  Having concluded that the sole claim against Lentini was previously dismissed and recommends that the request for a damage's judgment against Lentini be denied.  As to the claims against Scorpo under state law, an award of compensatory damages of $858,195.00 and punitive damages of $27,545.00 for a total judgment of $885,740.00 in favor of plaintiff and against Scorpo, it is hereby

ORDERED, ADJUDGED and DECREED that Judgment be and is hereby entered in favor of the plaintiff in the amount of $885,740.00.

Dated at Hartford, Connecticut, this 27th day of November 2023.

DINAH MILTON KINNEY, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD 11/27/23